5 R8
5A
DC
6B

NO.: 2001-35678

| PATRICIA GARCIA, AS NEXT FRIEND OF | § | IN THE DISTRICT COURT OF |
| MINOR CHILDREN, DEMETRIA GARCIA, | § | |
| BLANCA VIDAL PARDO AND | § | |
| VIDAL PARDO, JR. | § | |
| | § | |
| VS. | § | |
| | § | HARRIS COUNTY, TEXAS |
| | § | |
| HOUSTON HARRIS DIVISION PATROL | § | |
| INC., DELIA GARCIA DIAZ AND | § | |
| RUBEN DIAZ | § | 80TH JUDICIAL DISTRICT |

## FINAL JUDGMENT

BE IT REMEMBERED that on the below signed date, came on to be heard and considered the above-entitled and numbered cause, when Plaintiffs and Defendants, **HOUSTON HARRIS DIVISION PATROL, INC., MAURICO GARCIA** and **MARGARET GARCIA** by and through their respective attorneys of record, announced ready for trial, and the Court having proceeded to hear such cause when said parties announced to the Court that an accord and settlement as to Plaintiffs and Defendants **HOUSTON HARRIS DIVISION PATROL, INC., MAURICO GARCIA** and **MARGARET GARCIA** had been entered into and that the consideration of said Settlement had been paid in full, and the parties have agreed that a Judgment should be entered in favor of the Defendants, **HOUSTON HARRIS DIVISION PATROL, INC., MAURICO GARICA** and **MARGARET GARCIA** pertaining to the Plaintiffs. Further at the hearing on this cause on March 1, 2004, Plaintiff, **PATRICIA GARCIA**, as Next Friend of **DEMETRIA GARCIA, BLANCA VIDAL PARDO** and **VIDAL PARDO, JR.**, appeared through her attorney of record, Michael P. Von Blon. Defendant, **DELIA GARCIA DIAZ**, although duly cited to appear and answer herein, has failed to file an answer within the time allowed by law. The Court finds that Plaintiff, **PATRICIA GARCIA**, as Next Friend of **DEMETRIA GARCIA, BLANCA VIDAL PARDO** and **VIDAL PARDO, JR.**, is entitled to a Default Judgment against Defendant, **DELIA GARCIA DIAZ**. A Default should also be entered in favor of Defendant/Third Party Plaintiff **MAXIE STRONG** against Defendant **DELIA GARCIA DIAZ**. It is therefore,

ORDERED, ADJUDGED, AND DECREED that Minor Plaintiff, **BLANCA VIDAL**

Exhibit A

PARDO, Social Security Number 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, date of birth October 5, 1986, recover $50,000.00 out of which $21,962.90 will be paid into an annuity for the use and benefit of BLANCA VIDAL PARDO, a minor and $20,000.00 will be recovered by her attorney for legal fees and $8,037.10 will be recovered by her attorney as expenses. See schedule of periodic payments attached as Exhibit "A". It is further,

ORDERED, ADJUDGED, AND DECREED that Minor Plaintiff, JOSE VIDAL PARDO, JR., Social Security Number 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, date of birth May 28, 1988, recover $50,000.00 out of which $21,962.90 will be paid into an annuity for the use and benefit of JOSE VIDAL PARDO JR., a minor and $20,000.00 will be recovered by his attorney for legal fees and $8,037.10 will be recovered by his attorney as expenses. See schedule of periodic payments attached as Exhibit "A". It is further,

ORDERED, ADJUDGED, AND DECREED that Plaintiff, DEMETRIA GARCIA, take nothing by reason of this her allegations in this lawsuit against Defendants HOUSTON HARRIS DIVISION PATROL, INC., MAURICO GARCIA and MARGARET GARCIA and that HOUSTON HARRIS DIVISION PATROL, INC., MAURICO GARCIA and MARGARET GARCIA be discharged and go hence with their costs, without day, and that such Defendants stand fully released, discharged, and acquitted as to the claims made by Plaintiff, DEMETRIA GARCIA.

The Court, having appointed Mr. Jose Lopez as Guardian ad Litem for Plaintiffs, DEMETRIA GARCIA, BLANCA VIDAL PARDO and JOSE VIDAL PARDO, JR., who were all minors at the time of said appointment now discharges Mr. Lopez from his responsibilities as Guardian ad Litem on behalf of Plaintiff DEMETRIA GARCIA on the grounds that DEMETRIA GARCIA with a date of birth of August 30, 1985, has reached the age of majority. The Court does find that the sum of $3,000.00 should be paid to Mr. Jose Lopez as the fee for his representation of BLANCA VIDAL PARDO and JOSE VIDAL PARDO, JR., with such fee being reasonable and necessary while serving in that capacity. The Court further finds that said fee will be paid by the Defendants HOUSTON HARRIS DIVISION PATROL, INC., MAURICIO GARCIA and MARGARET GARCIA and ORDERS that said Defendants pay said fee to Mr. Lopez.

The Court has considered the pleadings and records on file in this cause and the evidence.

2

Court finds that Defendant, DELIA GARCIA DIAZ, is liable for the claims asserted by Plaintiff, PATRICIA GARCIA, as Next Friend of DEMETRIA GARCIA, BLANCA VIDAL PARDO and VIDAL PARDO, JR. The Court is of the opinion that judgment should be rendered for Plaintiff, PATRICIA GARCIA, as Next Friend of BLANCA VIDAL PARDO and VIDAL PARDO, JR. as well as for Plaintiff, DEMETRIA GARCIA.

It is accordingly ADJUDGED that Plaintiff, PATRICIA GARCIA, as Next Friend of BLANCA VIDAL PARDO and VIDAL PARDO, JR., recover from Defendant, DELIA GARCIA DIAZ, judgment for:

1. The sum of $500,000 each as to each of the two children, BLANCA VIDAL PARDO AND VIDAL PARDO, JR. as the principal amount due;

2. Interest at the rate of five (5%) per cent per annum, compounded annually, on the total judgment from the date of judgment until date of full satisfaction and payment thereof together with all costs of court expended by or in behalf of PATRICIA GARCIA, as Next Friend of BLANCA VIDAL PARDO and VIDAL PARDO, JR.

FURTHER, IT IS ADJUDGED that Plaintiff, DEMETRIA GARCIA, recover from DEFENDANT, DELIA GARCIA DIAZ, judgment for the sum of $500,000.00, together with interest at the rate of five (5%) per cent per annum, compounded annually, on the total judgment from the date of judgment until date of full satisfaction and payment thereof, together with all costs of court expended by or in behalf of DEMETRIA GARCIA.

IT IS ORDERED that Plaintiff, PATRICIA GARCIA, as Next Friend of BLANCA VIDAL PARDO and VIDAL PARDO, JR., as well as Plaintiff, DEMETRIA GARCIA, shall have all writs of execution and other process necessary to enforce this judgment.

IT IS FURTHER ORDERED that Defendant, DELIA GARCIA DIAZ, shall have the right of offset on this judgment in the amount of $150,000 to be paid by the settling parties, Defendants, HOUSTON HARRIS DIVISION PATROL, INC., MARGARET GARCIA and MAURICIO GARCIA.

ORDERED, ADJUDGED and DECREED that pursuant to Partial Summary Judgment previously granted in favor of **MAXIE STRONG**, all Plaintiff's take nothing against **MAXIE STRONG**.

ORDERED, ADJUDGED and DECREED that third-party Plaintiff, **MAXIE STRONG** do have and recover Default Judgment against Defendant, **DELIA GARCIA DIAZ** for the sum of $6,407.02 together with interest thereon at the rate of (5%) percent per annum, compounded annually, from date of Judgment until date of full satisfaction and payment thereof together with all costs of court expended by or in behalf of **MAXIE STRONG**.

Any relief not herein granted is hereby specifically denied.

SIGNED this 21st day of June 2004.

_____
**JUDGE PRESIDING**

APPROVED BY:

MICHAEL P. VON BLON & ASSOCIATES

By: _____
Michael P. Von Blon, TBN: 20612000
1231 Antoine Dr.
Houston, Texas 77055
(713) 681-5288
(713) 681-5388 Fax

*Attorneys for Plaintiffs, Patricia Garcia as Next Friend of*

4

*Blanca Vidal and Vidal Pardo, Jr., Minors,*
as well as Plaintiff, Demetria Garcia

LAW OFFICES OF JOSE R. LOPEZ, II

By: _____

    Jose R. Lopez, II.; SBN: 12566446
    3336 Richmond Ave., Suite 100
    Houston, TX 77089-3022
    (713) 624-1070
    (713) 394-9555 Fax

*Ad Litem Attorney for Minor Plaintiffs, Blanca Pardo and Vidal Pardo, Jr.*

**DAW & RAY**
A Professional Corporation

By: _____

    James L. Ray; TBN: 16604250
    Kris L. Sanders; TBN: 24004902
    Coastal Banc Plaza
    5718 Westheimer, Suite 1750
    Houston, Texas 77057
    (713) 266-3121
    (713) 266-3188 Fax

*Attorneys for Defendants, Houston Harris Division Patrol, Inc.,*
*Mauricio Garcia and Margaret Garcia*

LAW OFFICES OF JOHN A. BARKER

5

By: _____

Mr. John A. Barkor; TBN: 01745300
5959 West Loop South, Suite 500
Bellaire, Texas 77401
(713) 665-3800
(713) 665-2244 FAX

*Attorney for Defendant.* **Maxie Strong**

C:\WINDOWS\Temporary Internet Files\Content.IE5\J7W8H2SN\Final Judgment.wpd

6

ADDENDUM N 0. 1

DESCRIPTION OF PERIODIC PAYMENTS

Payees: Blanca Vidal Pardo
Social Security Number 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

Jose Vidal Pardo, Jr.
Social Security Number 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

Periodic Payments:

Blanca Vidal Pardo:
- Monthly payments of $470.07 (Four Hundred Seventy Dollars and Seven Cents) to commence on October 5, 2004 for 48 consecutive months with the final payment to be made on September 5, 2008.

Jose Vidal Pardo, Jr.:
- Monthly payments of $513.25 (Five Hundred Thirteen Dollars and Twenty-Five Cents) to commence on May 28, 2006 for 48 consecutive months with the final payment to be made on April 28, 2010.

Should death occur payable to the Estate of the Payee.

If payee is a minor, payee shall have the right to change the beneficiary as listed above at the age of majority.

A beneficiary change by any payee must be in writing to the annuity issuer and signed by the payee.

Initials:

Claimants: _____ Patricia Garcia, as Next Friend of Blanca Vidal Pardo, a minor, and Jose Vidal Pardo, Jr., a minor.

Assignor: _____ Western Heritage Insurance Company

Assignee: _____ Allstate Assignment Company

4

### ABSTRACT OF JUDGMENT

### CAUSE NO. 2001-35678

### RECEIPT NO. 193374

| | |
|---|---|
| PATRICIA GARCIA, AS NEXT FIREND OF MINOR CHILDRED, DEMETRIA GARCIA, BLANCA VIDAL PARDO AND VIDAL PARDO JR. | IN THE DISTRICT COURT |
| | OF HARRIS COUNTY, TEXAS |
| VS. | |
| HOUSTON HARRIS DIVISION PATROL INC., DELIA GARCIA DIAZ AND RUBEN DIAZ | 80TH JUDICIAL DISTRICT |

I, CHARLES BACARISSE, DISTRICT CLERK of Harris County, Texas, do hereby certify that the following and foregoing is a true and correct Abstract of the Judgment rendered in the 80TH DISTRICT COURT on the 21ST day of JUNE, 2004 in Cause No. 2001-35678 in favor of PATRICIA GARCIA, as Next Friend of BLANCA VIDAL PARDO and VIDAL PARDO, JR., Judgment Creditor(s), in Judgment, vs.

| JUDGMENT DEBTOR(S) | DOB | TDL | SS# |
|---|---|---|---|
| DELIA GARCIA DIAZ<br>1415 SOMERCOTES<br>CHANNELVIEW TX 77530 | 02/03/1964 | 10621017 | 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 |

Judgment debtor(s) in said Judgment, as appears of record in my office in Image No. 2307667 for the 80TH Judicial District Court of Harris County, Texas.

| | |
|---|---|
| Amount of Judgment: | $500,000 each as to each of the two children, BLANCA VIDAL PARDO AND VIDAL PARDO, JR.; |
| Rate of Interest: | Interest at the rate of (5%) per cent per annum compounded annually, on the total judgment from the date of judgment until date of full satisfaction and payment thereof; |
| Amount of Cost: | Plaintiff's Recoverable Costs: $3,107.45; |
| Amount of Credits: | None; |
| Amount Due: | Full Amount; |

Given under my hand and seal of said Court at Houston, Texas this 21st day of July, 2004, A.D.

Issued at the request of:
MICHAEL VON BLON
MICHAEL VON BLON & ASSOC
1231 ANTOINE
HOUSTON TX 77055

CHARLES BACARISSE, District Clerk
HARRIS COUNTY, T E X A S

**Exhibit B**

Bar No.: 20612000

BY _____, Deputy
ASHLEY KITCHENS

No. 2001-35678

| | | |
|---|---|---|
| PATRICIA GARCIA, as Next Friend of | § | IN THE DISTRICT COURT OF |
| minor children, DEMETRIA GARCIA, | § | |
| BLANCA VIDAL PARDO and | § | Y270378 |
| VIDAL PARDO, JR. | § | 02/18/05  300571649        $16.00 |
| | § | |
| vs | § | HARRIS COUNTY, T E X A S |
| | § | |
| HOUSTON HARRIS DIVISION | § | |
| PATROL, INC.; | § | |
| DELIA GARCIA DIAZ; | § | |
| RUBEN DIAZ and | § | |
| MAXIE STRONG | § | 80TH  JUDICIAL  DISTRICT |

### AMENDED ABSTRACT OF JUDGMENT

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY  OF  HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared **MICHAEL P.**

**VON BLON**, attorney of record for Plaintiffs in the above cause, who, after being by me duly sworn,

stated under oath and acknowledged the following facts, to-wit:

1.    Judgment-Creditor:    Patricia Garcia, as Next Friend of minor children, Blanca Vidal Pardo and Vidal Pardo, Jr., and Demetria Garcia, as well as an undivided forty (40%) per cent portion of Judgment assigned to Michael P. Von Blon, attorney for Plaintiffs, 1231 Antoine Drive, Houston, Texas  77055, telephone number (713) 681-5288.

2.    Debtor:    Delia Garcia Diaz, a/k/a Delia Diaz, a/k/a Delia G. Diaz.

      Debtor's address:    1415 Somercotes, Channelview, Texas  77530.

      Debtor's date of birth:    2/3/1964.

      Debtor's Texas driver's
      license number:    10621017

      Debtor's Social
      Security No.:    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

GarciaAmAbstract.wpd                         Exhibit C

3.  On June 21, 2004, Judgment was rendered in favor of **PATRICIA GARCIA, as Next Friend of BLANCA VIDAL PARDO and VIDAL PARDO, JR.**, as well as for Plaintiff, **DEMETRIA GARCIA**, in Cause No. 2001-35678 in the 80th Judicial District Court of Harris County, Texas. The principal sum of the Judgment as to each of the three above-referenced Plaintiffs is $500,000 each, and the entire amount is due, owing and unpaid. Post-judgment interest is at the rate of five (5%) per cent per annum, compounded annually.

Prepared by:

_____
MICHAEL P. VON BLON

The above and foregoing Amended Abstract of Judgment was acknowledged before me, a notary public in and for the State of Texas, by Michael P. Von Blon on the _____18th_____ day of _____February_____, 2005.

_____
Notary Public in and for
The State of T E X A S

My commission expires: _____

AFTER RECORDING, RETURN TO:

Michael P. Von Blon
Michael P. Von Blon & Associates
1231 Antoine
Houston, Texas 77055



PAMELA J. WOOD
Notary Public, State of Texas
My Commission Expires 09-13-08

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNFORCEABLE UNDER FEDERAL LAW
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in file number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED. In the Official Public Records of Real Property of Harris County Texas on

FEB 1 8 2005



COUNTY CLERK
HARRIS COUNTY TEXAS

RP 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

GarciaAmAbstract.wpd                    2



Wednesday

Exhibit D

| HOME | RECORD SEARCH | FORMS | MAPS | RESOURCES | HELP |

Tax Year: 2005

**HARRIS COUNTY APPRAISAL DISTRICT**
**REAL PROPERTY ACCOUNT INFORMATION**
**0650170080015**

🖶 Print

| Building Details | Similar Owner Name | Nearby Addresses | Related Maps |

**Ownership History**

Owner and Property Information

| | | | |
|---|---|---|---|
| Owner Name & Mailing Address: | **DIAZ DELIA G**<br>**1415 SOMERCOTES LN**<br>**CHANNELVIEW TX 77530-4801** | Legal Description: | **LTS 15 & 16 & S 129 FT OF LT 17 BLK H**<br>**HOUSTON ACREAGE ESTATES** |
| | | Property Address: | **5618 TELEPHONE RD**<br>**HOUSTON TX 77087** |

| State Class Code | | Land Use Co |
|---|---|---|
| F1 -- Real, Commercial | | 4327 -- Bar/Lou |

| Land Area | Building Area | Neighborhood | Map Facet |
|---|---|---|---|
| 28,014 SF | 13,240 | 5943.16 | **5554D** |

Value Status Information

| Capped Account | Value Status | ARB Status | Sha |
|---|---|---|---|
| Pending | All Values Pending | Pending | |

Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | 2004 Rate | 2005 Rate | |
|---|---|---|---|---|---|
| None | 001 | **HOUSTON ISD** | 1.59900 | | |
| | 040 | **HARRIS COUNTY** | 0.39986 | | |
| | 041 | **HARRIS CO FLOOD CNTRL** | 0.03318 | | |
| | 042 | PORT OF HOUSTON AUTHY | 0.01673 | | |
| | 043 | **HARRIS CO HOSP DIST** | 0.19021 | | |
| | 044 | HARRIS CO EDUC DEPT | 0.00629 | | |
| | 048 | **HOU COMMUNITY COLLEGE** | 0.09598 | | |
| | 061 | **CITY OF HOUSTON** | 0.65000 | | |

Valuations

| | 2004 Value | | | 2005 Value | |
|---|---|---|---|---|---|
| | Market | Appraised | | | Market |
| Land | | | Land | | |
| Improvement | | | Improvement | | |
| Total | 199,930 | 199,930 | Total | | Pending |

**5-Year Value History**

Building

| Building | Year Built | Type | Style | Quality | Impr Sq Ft | Bu |
|---|---|---|---|---|---|---|



Wednesday

Exhibit E

| HOME | RECORD SEARCH | FORMS | MAPS | RESOURCES | HELP |

Tax Year: 2005

**HARRIS COUNTY APPRAISAL DISTRICT**
**REAL PROPERTY ACCOUNT INFORMATION**
**0591650000106**

🖨 Print

| Building Details | Similar Owner Name | Nearby Addresses | Related Maps |

**Ownership History**

Owner and Property Information

| Owner Name & Mailing Address: | **DIAZ DELIA** **1415 SOMERCOTES LN** **CHANNELVIEW TX 77530-4801** | Legal Description: | **TRS 6 6A 6B 7A & 7B PARKVIEW** |
| | | Property Address: | **4670 TELEPHONE RD HOUSTON TX 77087** |

| **State Class Code** | | | | **Land Use Code** |
| F1 -- Real, Commercial | | | | 4327 -- Bar/Lou |
| Land Area | Building Area | | Neighborhood | Map Facet |
| 45,527 SF | 3,825 | | 5943.15 | **5554B** |

Value Status Information

| **Capped Account** | **Value Status** | **ARB Status** | **Sha** |
| Pending | All Values Pending | Pending | |

Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | 2004 Rate | 2005 Rate | |
| None | 001 | **HOUSTON ISD** | 1.59900 | | |
| | 040 | **HARRIS COUNTY** | 0.39986 | | |
| | 041 | **HARRIS CO FLOOD CNTRL** | 0.03318 | | |
| | 042 | PORT OF HOUSTON AUTHY | 0.01673 | | |
| | 043 | **HARRIS CO HOSP DIST** | 0.19021 | | |
| | 044 | HARRIS CO EDUC DEPT | 0.00629 | | |
| | 048 | **HOU COMMUNITY COLLEGE** | 0.09598 | | |
| | 061 | **CITY OF HOUSTON** | 0.65000 | | |

Valuations

| | 2004 Value | | | 2005 Value | |
| | Market | Appraised | | | Market |
| Land | | | Land | | |
| Improvement | | | Improvement | | |
| Total | 150,180 | 150,180 | Total | | Pending |

**5-Year Value History**

| | | | Building | | | |
| Building | Year Built | Type | Style | Quality | Impr Sq Ft | Bu |



Wednesday

HOME   RECORD SEARCH   FORMS   MAPS   RESOURCES   HELP

Tax Year: 2005

**HARRIS COUNTY APPRAISAL DISTRICT**
**REAL PROPERTY ACCOUNT INFORMATION**
**0591650000070**

🖨 Print

| Building Details | Similar Owner Name | Nearby Addresses | Related Maps |

**Ownership History**

Owner and Property Information

| Owner Name & Mailing Address: | **DIAZ DELIA GARICA**<br>**1415 SOMERCOTES LN**<br>**CHANNELVIEW TX 77530-4801** | Legal Description: | **TR 7**<br>**(001*TR 14)**<br>**PARKVIEW** |
|---|---|---|---|
| | | Property Address: | **4678 TELEPHONE RD**<br>**HOUSTON TX 77087** |

| State Class Code | | | Land Use Cod |
|---|---|---|---|
| F1 -- Real, Commercial | | | 4329 -- Used Car |

| Land Area | Building Area | Neighborhood | Map Facet |
|---|---|---|---|
| 35,401 SF | 1,417 | 5943.15 | **5554B** |

**Value Status Information**

| **Capped Account** | Value Status | ARB Status | Sha |
|---|---|---|---|
| Pending | All Values Pending | Pending | |

**Exemptions and Jurisdictions**

| Exemption Type | Districts | Jurisdictions | 2004 Rate | 2005 Rate | |
|---|---|---|---|---|---|
| None | 001 | **HOUSTON ISD** | 1.59900 | | |
| | 040 | **HARRIS COUNTY** | 0.39986 | | |
| | 041 | **HARRIS CO FLOOD CNTRL** | 0.03318 | | |
| | 042 | PORT OF HOUSTON AUTHY | 0.01673 | | |
| | 043 | **HARRIS CO HOSP DIST** | 0.19021 | | |
| | 044 | HARRIS CO EDUC DEPT | 0.00629 | | |
| | 048 | **HOU COMMUNITY COLLEGE** | 0.09598 | | |
| | 061 | **CITY OF HOUSTON** | 0.65000 | | |

**Valuations**

| | 2004 Value | | | 2005 Value | |
|---|---|---|---|---|---|
| | Market | Appraised | | | Market |
| Land | | | Land | | |
| Improvement | | | Improvement | | |
| Total | 82,550 | 82,550 | Total | | Pending |

**5-Year Value History**

Building

| Building | Year Built | Type | Style | Quality | Impr Sq Ft | I |
|---|---|---|---|---|---|---|

Monday

| HOME | RECORD SEARCH | FORMS | MAPS | RESOURCES | HELP |

**REAL PROPERTY : RECORDS SEARCH**
**Your search for owner name : DIAZ DELIA in tax year 2005 returned 5 record(s).**
For information concerning the policies and functions of these pages, please see our **disclaimer.**

**ACCOUNT INFORMATION**

| Account Number | Owner Name | Property Address | Zip | Impr Sq Ft | Appraised Value |
| --- | --- | --- | --- | --- | --- |
| 0591650000106 | DIAZ DELIA | 4670 TELEPHONE RD | 77087 | 3,825 | Pending |
| ~~1143140030073~~ | ~~DIAZ DELIA~~ | ~~22203 FALCONWOOD LN~~ | ~~77373~~ | ~~1,455~~ | ~~$101,500~~ |
| 0650170080015 | DIAZ DELIA G | 5618 TELEPHONE RD | 77087 | 13,240 | Pending |
| 1145570050053 | DIAZ DELIA GARCIA MEDELES | 1415 SOMERCOTES LN | 77530 | 2,524 | $141,300 |
| 0591650000070 | DIAZ DELIA GARICA | 4678 TELEPHONE RD | 77087 | 1,417 | Pending |

1

NO. 2001-35678

PATRICIA GARCIA, as Next    )IN  THE  DISTRICT  COURT
Friend of minor children,    )
DEMETRIA GARCIA, BLANCA VIDAL)
PARDO and VIDAL PARDO, JR.   )
                             )
VS.      )HARRIS COUNTY, T E X A S
              )
              HOUSTON HARRIS DIVISION     )
PATROL, INC., et al.    )80TH  JUDICIAL  DISTRICT


ORAL DEPOSITION OF DELIA DIAZ

September 7, 2004


Oral deposition of DELIA DIAZ was taken on

September 7, 2004, in the offices of Michael P.

Von Blon & Associates, 1231 Antoine, Houston, Texas,

from 9:00 a.m. to 9:32 a.m., before Dickie Zimmer,

Certified Shorthand Reporter, pursuant to Notice,

Subpoena, and Texas Rules of Civil Procedure and under

the following agreement of counsel for the respective

parties that:

Signature of the witness being waived.


Exhibit G

2

2          A P P E A R A N C E S

3

4          FOR THE PLAINTIFFS:
             Michael P. Von Blon & Associates
5             1231 Antoine
             Houston, Texas  77055
6              By:  Michael P. Von Blon

7

8

9      * * * * * * * * * * *

10

11

12

13

14

15

16

17

18

19

20

21

4

1           (Exhibit 1 marked)

2               DELIA DIAZ,

3   having been duly sworn, testified as follows:

4               EXAMINATION

5   BY MR. VON BLON:

6   Q. Would you state your name for the record?

7   A. Delia Diaz.

8   Q. And, Ms. Diaz, have you ever had your deposition

9   taken before?

10   A. Yes.

11   Q. Okay.  How many times?

12   A. Once.

13   Q. All right.  And was that in --

14   A. The attorney --

15   Q. What was that in connection with?

16   A. With Las Palmas --

17   Q. Okay.

18   A. -- and the Defendants.

19   Q. You mean in the lawsuit that I filed?

20   A. Uh-huh, in the lawsuit that you filed with the

21   other attorney.

8

1   as employment?

2   A.  No.

3   Q.  And how much do you get paid there?

4   A.  200.

5   Q.  A week?

6   A.  A week.

7   Q.  Tell me what other real estate you own.

8   A.  5618 Telephone Road.

9   Q.  5618 Telephone Road?

10   A.  Yes.

11   Q.  Is that a lot or is there a building there?

12   A.  There's a building.

13   Q.  Okay.  What building is there?

14   A.  It's called La Feria.

15   Q.  Can you spell that?

16   A.  F-E-R-I-A.

17   Q.  F-E --

18   A.  -- R-I-A.

19   Q.  Okay.  Is that a nightclub?

20   A.  It's a bar.

21   Q.  And that's where the old -- one of your old

22  nightclubs used to be, Las Palmas No. 2, correct?

23    A.  Correct.

24    Q.  Okay.  And do you have an ownership interest in

25  the bar?

9

1    A.  No, I don't.

2    Q.  Who owns the bar?

3    A.  Refugio Medina.  He has the license at the

4  moment.

5    Q.  What's his name?

6    A.  Refugio.  R-E-F-U-G-I-O.

7    Q.  Is that your brother-in-law?

8    A.  No.

9    Q.  Is he related to you?

10    A.  No.

11    Q.  Okay.  Is -- I mean, he's not related to you by

12  marriage or any other way?

13    A.  No.

14    Q.  Okay.  The 5618 Telephone Road location, does it

15  have a mortgage against it?
16    A.  No.

17   Q.  Okay.  And so, it's owned free and clear by you?

18   A.  Uh-huh.

19   Q.  Is that a "yes"?

20   A.  Yes.

21   Q.  And Mr. Medina is leasing it.  Do you have a

22   written lease agreement?

23   A.  No.

24   Q.  Okay.  It's month to month?

25   A.  Yes.


10


1    Q.  Where does Mr. Medina live?

2    A.  I don't know.

3    Q.  Okay.  Where does --

4    A.  In Pasadena, I just know that much.

5    Q.  In Pasadena?

6    A.  Yes.

7    Q.  How much does he lease that facility from you

8    for?

9    A.  1,000.

10   Q.  1,000 a month?
11   A.  Uh-huh.

12   Q.  Do you have any idea what that location is worth?

13    A.  About 150,000.

14    Q.  Where does Mr. Medina -- how does he pay you the

15    lease payments?

16    A.  Cash.

17    Q.  And do you go by and pick it up, or what?

18    A.  Yes.

19    Q.  How long has he been leasing from you?

20    A.  Two years.

21    Q.  Any other real estate that you have an ownership

22    interest in?

23    A.  Las Palmas No. 1, 4660 Telephone Road.

24    Q.  4616?

25    A.  4660.


11


1    Q.  Okay.  And that's where the Las Palmas nightclub

2    was or is that was the underlying lawsuit that this is

3    about, correct?

4    A.  Yes.

5    Q.  Is that paid for?
6    A.  No.

7    Q.  How much is on that lien?

8    A. How much is owed?

9    Q. How much is still owed?

10   A. About 250,000.

11   Q. What do you think that property is worth?

12   A. Maybe, 500,000.

13   Q. Who's the lienholder?

14   A. Maxie Strong.

15   Q. How much do you pay her monthly?

16   A. 3,000.

17   Q. And how do you pay her, by check?

18   A. Yes.

19   Q. And where do you send her the check?

20   A. To her address.

21   Q. What is her address?

22   A. I don't know.

23   Q. If we left a blank in the deposition, could you

24   provide that?

25   A. Yes.

12

1    Q. Okay.  Do you know how much -- do you have a

2    written note for this mortgage?

3    A. Yes, I do.

4    Q. And how much is left on that note?

5    A. About 250,000.

6    Q. I mean, how many years are left?

7    A. Ten.

8    Q. Who is -- are you renting 4660 Telephone Road to

9    anyone?

10   A. Yes, I am.

11   Q. Who's renting?

12   A. Douglas Rivas.

13   Q. Is he related to you?

14   A. No, he's not.

15   Q. Not by marriage or otherwise?

16   A. No.

17   Q. How much is Mr. Rivas paying you monthly?

18   A. 3,000.

19   Q. And you don't get anything else from that?

20   A. No.

21   Q. And how does he pay you, cash?

22    A. Cash.

23    Q. Do you own any other real estate?

24    A. No.

25    Q. 4678 and 4670 Telephone Road is coming up that

13

1   you own.

2    A. That's the empty lot next to the Palmas No. 1.

3    Q. Okay.  So, when you were talking about the 4660,

4   that's the address for Las Palmas; but it also includes

5   the 4678 and 4670 lots?

6    A. There's an empty lot next to the Palmas No. 1,

7   and there's a car lot next to that.

8    Q. And you own both of those?

9    A. Yes.

10    Q. All right.  The car lot, are you --

11    A. Uh-huh.  Go ahead.

12    Q. First of all, is the car lot -- are you leasing

13   that to someone?

14    A. Yes.

15    Q. Which is the car lot?

16    A. I don't know.  I don't know if it's 4670 or 4678.

17    Q. Who are you leasing that to?

18    A. I know it's Continental Car Lot.  I don't recall

19  his name.

20    Q. Do you have a written lease with him?

21    A. Yes.

22    Q. By the way, do you have a written lease with

23  Douglas Rivas?

24    A. Yes.

25    Q. And how much is left on that lease to Douglas

14

1  Rivas?

2    A. In April of 2005 it expires.

3    Q. All right.  And the Continental Car Lot, when

4  does that lease expire?

5    A. 2006.

6    Q. Do you know what month?

7    A. No.

8    Q. Where are those leases?

9    A. In my property.

10    Q. Are they at 1415 Somercotes?

11   A. Yes.

12   Q. How much does Continental Car Lot pay for that

13   property?

14   A. 600.

15   Q. Is that cash --

16   A. Yes.

17   Q. -- per month?

18   A. Cash per month.

19   Q. And you go by there and collect it?

20   A. Yes, I do.

21      Richard Conteras.  That's his name.

22   Q. Richard Quinteros?

23   A. Yes.

24   Q. Q-U-I-N-T-E-R-O-S?

25   A. Conteras, C-O-N-T --

15

1   Q. C-O-N-T?

2   A. -- E-R-A-S.

3   Q. Okay.  And is he related to you --
4   A. No.

5   Q. -- by blood or marriage?

6   A.  No.

7   Q.  How much is left on -- do you owe anything on

8   that car lot property?

9   A.  No.

10   Q.  What do you think the value of it is?

11   A.  Maybe, about 80,000.

12   Q.  And is the car lot in your name?

13   A.  Yes.

14   Q.  And the 4660 Telephone Road Las Palmas address,

15   that's in your name?

16   A.  Yes.

17   Q.  Any other real estate that you own?

18   A.  The empty lot.

19   Q.  That's either 4670 or 4678 Telephone Road?

20   A.  (Witness nods head.)

21   Q.  Is that correct?

22   A.  Correct.

23   Q.  Any other --

24   A.  No.

25   Q.  -- real estate, other than that?

· 23

24

25


29


1          NO. 2001-35678

2  PATRICIA GARCIA, as Next    )IN  THE  DISTRICT  COURT
   Friend of minor children,   )
3  DEMETRIA GARCIA, BLANCA VIDAL)
   PARDO and VIDAL PARDO, JR.   )
4                     )
   VS.       )HARRIS COUNTY, T E X A S
5                     )
   HOUSTON HARRIS DIVISION     )
6  PATROL, INC., et al.     )80TH  JUDICIAL  DISTRICT

7

8          REPORTER'S CERTIFICATION

9          DEPOSITION OF DELIA DIAZ

10          September 7, 2004

11

12          I, Dickie Zimmer, Certified Shorthand

13  Reporter in and for the State of Texas, hereby certify

14  to the following;

15          That the witness, DELIA DIAZ, was duly sworn

16  by the officer and that the transcript of the oral

17  deposition is a true record of the testimony given by

18  the witness;

19       That examination and signature of the

20  witness to the deposition transcript was waived by the

21  witness and agreement of the parties at the time of the

22  depostion;

23       That the original deposition was delivered

24  to                              ;

25


30


1       That the amount of time used by each party

2  at the deposition is as follows:

3       Mr. Von Blon --  30 minutes

4       That $       is the deposition officer's

5  charges to                      for preparing

6  the original deposition transcript and any copies of

7  exhibits;

8       That pursuant to information given to the

9  deposition officer at the time said testimony was taken,

10  the following includes counsel for all parties of

11  record:
          FOR THE PLAINTIFFS:
12          Michael P. Von Blon & Associates
        1231 Antoine

13    Houston, Texas  77055
      By:  Michael P. Von Blon, TB#20612000

14

    FOR DELIA DIAZ, PRO SE.:

15 1415 Somercotes
    Channelview, Texas  77530

16

17   That a copy of this certificate was served

18 on all parties shown herein on

19 and filed with the Clerk pursuant to Rule 203.3.

20   I further certify that I am neither counsel

21 for, related to, nor employed by any of the parties or

22 attorneys in the action in which this proceeding was

23 taken, and further that I am not financially or

24 otherwise interested in the outcome of the action.

25

31

1       Further certification requirements pursuant

2  to Rule 203 TRCP will be certified after they have

3  occurred.

4       Certified to by me this      day of

5       , 2004.

6

7

        Dickie Zimmer, Texas CSR 1954
8        Expiration Date:  December 31, 2005
        O'Neal*Probst*Wells, L.L.C.
9        1314 Stanford
        Houston, Texas  77019
10       713.521.1314

11

12

13

14

15

16

17

18

19

20

21

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| DELIA GARCIA DIAZ, | § | CHAPTER 13 BANKRUPTCY |
| | § | CASE NO.: 05-32961-H1-13 |
| Debtor | § | |
| | § | |
| PATRICIA GARCIA, as Next Friend for | § | |
| VIDAL PARDO, JR., AND BLANCA VIDAL | § | |
| PARDO, DEMETRIA GARCIA AND | § | |
| MICHAEL P. VON BLON | § | |
| | § | |
| Movants, | § | |
| | § | |
| VS. | § | |
| | § | |
| DELIA GARCIA DIAZ, Debtor, and | § | |
| DANIEL EMMETT O'CONNELL, Trustee, | § | |
| | § | |
| Respondents. | § | |

AFFIDAVIT OF MICHAEL P. VON BLON, ESQ. IN SUPPORT OF MOTION OF
PATRICIA GARCIA, AS NEXT FRIEND FOR VIDAL PARDO, JR., AND BLANCA
VIDAL PARDO, DEMETRIA GARCIA AND MICHAEL P. VON BLON
TO DISMISS CHAPTER 13 CASE OR CONVERT TO CHAPTER 7

---

MICHAEL P. VON BLON, Esq. upon being duly sworn deposes and says:

My name is Michael P. Von Blon. I am over the age of 18 years and fully competent to make and give this Affidavit in support of the Motion of Patricia Garcia, as Next Friend of Vidal Pardo, Jr., and Blanca Vidal Pardo, Demetria Garcia and Michael P. Von Blon to Dismiss Chapter 13 Case or Convert to Chapter 7. Unless stated otherwise, I have personal knowledge of all facts stated herein.

I am an attorney duly licensed under the laws of the State of Texas. My Texas State Bar Number is 20612000. I was the attorney of record for Plaintiff Patricia Garcia as Next Friend of Vidal Pardo, Jr., Blanca Vidal Pardo and Demetria Garcia in cause number 2001-35678, styled Patricia Garcia as Next Friend of Vidal Pardo, Jr., Blanca Vidal Pardo and Demetria Garcia vs. Houston Harris Division Patrol, Inc., Delia Garcia and Ruben Diaz, in the 80th Judicial District Court of Harris County, Texas. Defendant Delia Garcia is also knows as Delia Garcia Diaz and Delia Mendeles Diaz and is the debtor in the above entitled and numbered bankruptcy case.

Exhibit H

On 21 June 2004, after trial before the Court, the 80th Judicial District Court of Harris County, Texas, rendered, signed and entered its Final Judgment against Defendant Delia Diaz in the principal amount of $1,500,000 with interest thereon at the rate of 5% per annum, compounded annually, and costs of court. Exhibit "A" attached to Movants' Motion to Dismiss is a true and correct copy of the Final Judgment.

On 2 September 2004 I caused to be filed in the Public Records of Harris County, Texas an Abstract of Judgment regarding the Final Judgment herein described. Exhibit "B" attached to Movants' Motion to Dismiss is a true and correct copy of the Abstract of Judgment after recording by the County Clerk of Harris County, Texas.

On 18 February 2005  I caused to be filed in the Public Records of Harris County, Texas an Amended Abstract of Judgment regarding the Final Judgment herein described. Exhibit "C" attached to Movants' Motion to Dismiss is a true and correct copy of the Abstract of Judgment after recording by the County Clerk of Harris County, Texas.

On 7 September 2004, I conducted a post judgment discovery  oral deposition of Debtor under oath and duly recorded by a Certified Court Reporter in cause number 2001-35678 aforesaid. Exhibit "G" attached to Movants' Motion to Dismiss is a true and correct copy of the portions of Debtor's deposition and sworn testimony as reflected therein.

I have reviewed the public records of the Harris County Appraisal District regarding the non-exempt real property scheduled by Debtor in her Schedule A filed herein on or about 31 March 2005.  Exhibits "D," "E" and "F" attached to Movants' Motion to Dismiss are true and correct copies of the Harris County Appraisal District Real Property Account information regarding Debtor's scheduled non-exempt real property as published on its World Wide Web page on 21 June 2005.

On or about 27 May 2005 Movants filed in the bankruptcy herein their Proof of Claim regarding the Final Judgment.

Since the signing of the Final Judgment aforesaid, Blanca Vidal Pardo and Demetria Garcia have reached majority. Vidal Pardo, Jr. remains a minor child.

As part of my legal fee for services to Movants, they have assigned to me forty percent (40%) of the Final Judgment.

Debtor is not entitled to any credits or rights of setoff regarding the Final Judgment. The Final Judgment remains unsatisfied and released in whole. The time for appeal of the Final judgment under Texas law has expired and the Final Judgment is non-appealable, final and subsisting.

Further sayeth Affiant not.

AFFIDAVIT OF MICHAEL P. VON BLLON, ESQ.                                    PAGE 2

_____
Michael P. Von Blon

SUBSCRIBED AND SWORN BY MICHAEL P. VON BLON BEFORE ME
THE UNDERSIGNED AUTHORITY ON THE 21 DAY OF JUNE, 2005.

_____
Notary Public
State of Texas